DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OMORO LARON COLLINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-385

[May 18, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case No. 14004473 CF10A.

Carey Haughwout, Public Defender, and Peggy Natale, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Appellant was found in direct criminal contempt of court. He contends that the court erred in finding that his isolated use of a profanity in court was sufficient to constitute a contempt, relying on *Woods v. State*, 987 So. 2d 669 (Fla. 2d DCA 2007), *disapproved of on other grounds, Plank v. State,* 41 Fla. L. Weekly S93 (Fla. Mar. 17, 2016). The State acknowledges, however, that the court erred in failing to include "a recital of those facts on which the adjudication of guilt is based." Fla. R. Crim. P. 3.830. Without those findings, we cannot conclude whether the single profanity alone was the basis for finding appellant in contempt. We therefore reverse and remand for the trial court to make findings to support the order of contempt.

*Reversed and remanded.*

WARNER, CONNER and FORST, JJ., concur.

\*       \*       \*

*Not final until disposition of timely filed motion for rehearing.*